# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Beattie B Ashmore, in his capacity as court-appointed receiver for Scott A. Kohn, Future Income Payments LLC, Joseph P Hipp, Kraig S Aiken, and David N Kenneally,<br><br>Plaintiff(s),<br><br>vs.<br><br>Christian Nazarek, a/k/a Kim Nazarek,<br><br>Defendant(s). | CASE NO. 2:21-MC-223 WBS JDP<br><br>ORDER GRANTING SPECIAL APPOINTMENT TO SERVE PROCESS |

Upon Plaintiffs' request to have All-N-One Legal Support, a registered California process server whose business address is 1545 Wilshire Boulevard, Suite 715, Los Angeles, CA  90017, be specifically appointed to serve any Writs of Attachment and Writs of Execution in this action, and good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiffs' request is granted and All-N-One Legal Support is appointed to serve any Writs of Attachment in this action and to serve any Writs of Execution in this action.

Dated:  May 19, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE